NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

11-686

STATE OF LOUISIANA

VERSUS

JULIA GENELLE EASILY

*****************

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 68824
HONORABLE STEPHEN BRUCE BEASLEY, JUDGE

*****************

SHANNON J. GREMILLION
JUDGE

****************

Court composed of Elizabeth A. Pickett, Shannon J. Gremillion, and Phyllis M. Keaty, Judges.

**APPEAL DISMISSED.**

Hon. Don M. Burkett
District Attorney – 11th JDC
P.O. Box 1557
Many, LA 71449
(318) 256-6246
COUNSEL FOR APPELLEE:
      State of Louisiana

Paula Corley Marx
Louisiana Appellate Project
P.O. Box 80006
Lafayette, LA 70598-0006
(337) 991-9757
COUNSEL FOR APPELLANT:
      Julia Genelle Easily

**Gremillion, Judge.**

On February 22, 2011, Defendant, Julia Genelle Easily, was charged, under Sabine Parish docket number 68824, with one count of possessing drug paraphernalia, in violation of La.R.S. 40:1021, and with one count of remaining after forbidden, in violation of La.R.S. 14:63.3. On May 3, 2011, Defendant entered into plea bargain and, as a result, entered a *Crosby* plea in a companion drug case, under Sabine Parish docket number 68823. In accordance with the terms of her plea agreement, the State dismissed the charges in the instant case.

Subsequently, an appeal record was lodged with this court for the case containing the dismissed charges. On June 8, 2011, this court issued an order directing Defendant to show cause why the appeal should not be dismissed as a nonappealable judgment. Thereafter, Defendant filed a brief with this court. In her brief, Defendant conceded that the case was not appealable and explained that, though the caption in her motion for appeal in Sabine Parish docket number 68823 also included a reference to Sabine Parish docket number 68824, the body of the pleading stated that the charges had been dismissed. Defendant declared, therefore, that her intent was to appeal only Sabine Parish docket number 68823, which was lodged with this court as a separate appeal.

**APPEAL DISMISSED.**